IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-03019-01-CR-S-RED |
| | ) |
| DANIEL SOUDER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is defendant's Motion to Suppress (#28) and the Report and Recommendation of the United States Magistrate Judge (#37) regarding the motion. No objections to the Magistrate's Report and Recommendation were filed. The Court has reviewed the parties' briefs, the Magistrate's Report and Recommendation, and the transcript of the suppression hearing. After careful consideration, the Court adopts the Report and Recommendation of the United States Magistrate Judge (#37). For the reasons articulated therein, the Court **DENIES** defendant's Motion to Suppress (#28).

**IT IS SO ORDERED.**

Dated: January 29, 2008     */s/ Richard E. Dorr*
                                               RICHARD E. DORR, JUDGE
                                               UNITED STATES DISTRICT COURT